## 12573.   HOWARD *v.* SILLS & PURVIS.

JENKINS, P. J.   Under the answers of the Supreme Court to the controlling question certified to it by this court, in this action by real-estate brokers for commissions in negotiating a sale of real estate, a verdict for the defendant was demanded by the evidence. It was therefore error to overrule the defendant's motion for a new trial. 154 *Ga.* 430 (114 S. E. 580).

> *Judgment reversed. Stephens and Bell, JJ., concur.*
> DECIDED FEBRUARY 7, 1923.

Complaint; from city court of Americus — Judge Harper. May 14, 1922.

*R. L. Maynard,* for plaintiff in error.

*Shipp & Sheppard,* contra.